BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABANA REHMAN, ABDUL REHMAN,<br><br>       Plaintiffs,<br><br>    v.<br><br>Eric H. Holder, Jr., Attorney General, et al.<br><br>       Defendants. | No. 2:10-cv-1422 MCE KJN<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

   This is an immigration case in which plaintiffs challenges the delay in the adjudication of a pending immigrant visa application.  Due to the possibility of a resolution to the matter at the administrative level, the parties stipulate that the date for filing the government's answer, as well as the filing date for the joint status report, be extended to September 15, 2010.


Dated: August 13, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                        By:     /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants


                        By:     /s/ Ruby Esther Lieberman
                                Ruby Esther Lieberman
                                Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Status Report are due on September 15, 2010.

IT IS SO ORDERED.

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE