BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABANA REHMAN and ABDUL REHMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE ET. AL.,<br><br>    Defendants. | No. 2:10-cv-01422-MCE-KJN<br><br>SECOND JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

This is an immigration case in which plaintiffs challenges the delay in the adjudication of a pending immigrant visa application. The parties have previously stipulated to one extension of time, until September 15, 2010. The parties continue to endeavor to resolve the matter at the administrative level, and it is anticipated that the matter will be resolved within an additional extension period, until October 15, 2010.

///
///
///
///
///

1  Accordingly, the parties stipulate that the date for filing the government's answer, as well as the
2  filing date for the joint status report, be extended to October 15, 2010.

4  Dated: September 15, 2010
                                        BENJAMIN B. WAGNER
5                                       United States Attorney

7              By:    /s/Audrey Hemesath
                      Audrey B. Hemesath
8                     Assistant U.S. Attorney
                      Attorneys for the Defendants

10             By:    /s/ Ruby Esther Lieberman
                      Ruby Esther Lieberman
11                    Attorney for the Plaintiffs

13                              ORDER

14     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
15 ORDERED that the defendants' Answer and the Joint Status Report are due on October 15,
16 2010.
17     IT IS SO ORDERED.

18  Dated:  September 17, 2010

                                        _____
20                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE