BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHABANA REHMAN, ABDUL REHMAN,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>Eric H. Holder, Jr., Attorney General, et al.<br><br>　　　Defendants. | No. 2:10-cv-1422 MCE KJN<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiffs challenges the delay in the adjudication of a pending immigrant visa application. As of the time of this filing, the visa application has been approved, and accordingly, the parties stipulate to this matter as moot, with each side to bear its own costs.

Dated: September 24, 2010

BENJAMIN B. WAGNER
United States Attorney

By:　/s/Audrey Hemesath
　　　Audrey B. Hemesath
　　　Assistant U.S. Attorney
　　　Attorneys for the Defendants

By:　/s/ Ruby Esther Lieberman
　　　Ruby Esther Lieberman
　　　Attorney for the Plaintiffs

-1-

1
<u>ORDER</u>

2       Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

3  ORDERED that the matter is dismissed as moot.

4       IT IS SO ORDERED.

5

6   Dated: September 29, 2010

7                                               _____

8                                               MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28